UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ISAAC CANSECO, GERMAN DE LA CRUZ, MARIO DAVILA,<br><br>　　　　　　Defendants. | CASE NO. CR18-5580BHS<br><br>ORDER |

This matter comes before the Court on the parties' Stipulated Motion to Continue Trial and Pretrial Motions Dates. The Court, having considered the stipulated motion and the Defendants' speedy trial waivers makes the following findings of fact and conclusions of law:

1. The defense has recently been provided discovery, including Spanish-language communications, which will need to be translated in order to be reviewed. Additional discovery of this kind is anticipated.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation and to ensure continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6. Defendant waived speedy trial through Isaac Canseco waived speedy trial through July 30, 2019, German De La Cruz waived through June 18, 2019 and Mario Davila waived through June 30, 2019.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date is continued from February 5, 2019 to June 18, 2019 at 9:00 a.m. The resulting period of delay from January 8, 2019 to June 18, 2019 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than May 6, 2019. Pretrial Conference is set for June 10, 2019 at 11:00 a.m.

Dated this 11th day of January, 2019.

BENJAMIN H. SETTLE
United States District Judge